David C. Powell (SBN 129781)
Email:  dpowell@reedsmith.com
Heather B. Hoesterey (SBN 201254)
Email:  hhoesterey@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105
Telephone:  +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendants
Bank of America Corporation,
Countrywide Home Loans, Inc. and BAC
Home Loans Servicing LP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN MASON, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, successor in interest to COUNTRYWIDE HOME LOANS, INC., and DOES 1 through 100, inclusive,<br><br>Defendant. | No.: 2:09-cv-06123-JHN-AGRx<br><br>**PROTECTIVE ORDER REGARDING CONFIDENTIAL, PROPRIETARY AND TRADE SECRET INFORMATION** |

On consideration of the parties' Amended Stipulation and [Proposed] Protective Order Regarding Confidential, Proprietary and Trade Secret Information, and good cause appearing, IT IS HEREBY ORDERED that the Amended Stipulation and [Proposed] Protective Order Regarding Confidential, Proprietary and Trade Secret Information, a copy of which is attached hereto as Exhibit A, submitted by the parties in this action shall govern the exchange and use of documents and information in pretrial discovery and proceedings.

Dated: May 10, 2010

_____
ALICIA G. ROSENBERG
United States Magistrate Judge